UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JENNIFER A. WESTFIELD        PLAINTIFF

                                                                                                Case No.: 10-CV-354

    V.

CHECK RESOLUTION SERVICE, INC.        DEFENDANT

---

**ENTRY OF DEFAULT**

IT APPEARING THAT DEFENDANT

CHECK RESOLUTION SERVICE, INC.

IS IN DEFAULT FOR FAILURE TO APPEAR OR OTHERWISE DEFEND AS REQUIRED BY LAW. DEFAULT IS HEREBY ENTERED AS AGAINST SAID DEFENDANT ON THIS 27th. DAY OF December, 2010.

                                                                       MICHAEL J. ROEMER, CLERK

                                                                       By: s/Deborah M. Zeeb
                                                                             Deputy Clerk