UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JENNIFER A. WESTFIELD,

        Plaintiff,

v.                                  Civil Action No. 10-cv-354

CHECK RESOLUTION SERVICE, INC.,

        Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Jennifer A. Westfield, hereby voluntarily dismisses this action against Defendant, Check Resolution Service, Inc., with prejudice.

DATED: April 6, 2011

_[signature]_
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884